**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-50145 |
| Plaintiff-Appellee, | D.C. No.<br>3:20-cr-01684-LAB-1 |
| v. | |
| MANUEL RODRIGUES-BARIOS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted December 8, 2022[**]
Pasadena, California

Before:  BEA, IKUTA, and CHRISTEN, Circuit Judges.

Manuel Rodrigues-Barios appeals his conviction for attempted illegal

reentry after deportation in violation of 8 U.S.C. § 1326.  We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

---

[*]       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Contrary to Rodrigues-Barios's argument, 8 U.S.C. § 1326 does not violate the equal protection guarantee of the Fifth Amendment. *See United States v. Carrillo-Lopez*, No. 21-10233, __ F.4th __ (9th Cir. 2023). Therefore, the district court did not err in denying Rodrigues-Barios's motion to dismiss his information.[1]

**AFFIRMED.**

---

[1] Because *Carrillo-Lopez* determined, based on the relevant historical record, that Congress did not enact § 1326 with a racially discriminatory motive, we decline Rodrigues-Barios's request to remand for an evidentiary hearing.